# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **BETH EDWARDS,** | : |
| Plaintiff, | : |
| v. | : Case No. 1:18-CV-00871-CAB |
| **TREMCO, INC.,** | : Judge Christopher A. Boyko |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME Plaintiff Beth Edwards ("Plaintiff") and Defendant Tremco, Inc. ("Defendant"), by and through their attorneys and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the voluntary dismissal of all claims in this action with prejudice. This lawsuit should, therefore, be dismissed, with prejudice, with each party bearing its own costs and attorneys' fees.

Respectfully submitted,

/s/ *Erica A. Probst* (per email consent)
Erica A. Probst
Kemp, Schaeffer & Rowe
88 West Mound Street
Columbus, OH 43215
Telephone:  614.224.2678
Facsimile:  614.469.7170
Erica@ksrlegal.com

Attorney for Plaintiff
BETH EDWARDS

/s/ *Alex R. Frondorf*
Robert M. Wolff (0006845)
Alex R. Frondorf (0087071)
LITTLER MENDELSON, P.C.
1100 Superior Avenue, 20th Floor
Cleveland, OH  44114
Telephone: 216.696.7600
Facsimile: 216.696.2038
rwolff@littler.com
afrondorf@littler.com

Attorneys for Defendant
TREMCO INCORPORATED

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2019, a copy of the foregoing *Stipulation of Dismissal with Prejudice* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Alex R. Frondorf*
Alex R. Frondorf

One of the Attorneys for Defendant
TREMCO INCORPORATED

4819-8881-5272.1 056289.1113